**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Betty and Delmont Alexander,

Plaintiffs,

v.

Wal-Mart Stores, Inc.,

Defendant.

00cv2006 (DDA/SRN)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Defendant's Motion for Summary Judgment** to Friday, November 16, 2001 at 11:00 a.m., before Senior Judge Donald D. Alsop, Courtroom 3, St. Paul, Minnesota.

DATED: October 1, 2001.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette *Deputy Clerk*

OCT 01 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK