**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Betty and Delmont Alexander,

Plaintiffs,

v.

Wal-Mart Stores, Inc.,

Defendant.

00cv2006 (DDA/SRN)

**AMENDED**
**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **re-scheduled** for hearing **Defendant's Motion for Summary Judgment** to Tuesday, November 20, 2001 at 10:00 a.m., before Senior Judge Donald D. Alsop, Courtroom 3, St. Paul, Minnesota.

DATED: October 5, 2001.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

FILED OCT 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______