**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BETTY and DELMONT ALEXANDER,

Plaintiffs,

vs.

WAL-MART STORES, INC.,

Defendant.

Civil No. 00-2006 (DDA/SRN)

**ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Rider, Bennett, Egan & Arundel, LLP, by MICHAEL W. UNGER, Minneapolis, Minnesota, appeared on behalf of Plaintiffs.

Bassford, Lockhart, Truesdell & Briggs, by J. SCOTT ANDRESEN, Minneapolis, Minnesota, appeared on behalf of Defendant.

---

This is a personal injury case arising from Plaintiff Betty Alexander's slipping and falling on the premises of Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), on November 18, 1999. Wal-Mart moved for summary judgment, arguing that Plaintiffs could not prove that Wal-Mart had actual or constructive notice of a hazard on Wal-Mart's premises that caused Betty Alexander's injuries. Based on the arguments and memoranda of counsel, the evidence in the record, and the applicable law, and for the reasons stated at hearing on the motion, the Court hereby **ORDERS** that Wal-Mart's motion for summary judgment is DENIED in all respects.

Dated: November 26, 2001

Donald D. Alsop
DONALD D. ALSOP, Senior Judge
United States District Court

NOV 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK