**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Betty and Delmont Alexander,

Plaintiffs,

v.

Wal-Mart Stores, Inc.

Defendant.

00 CV 2006 (DDA/SRN)

**ORDER**

---

Pursuant to the requests of counsel for plaintiffs and defendant,

**IT IS ORDERED** that the pretrial conference previously scheduled for August 1, 2002 at 11:00 a.m. is rescheduled to **Friday, August 9, 2002 at 10:00 a.m.** in Courtroom 1, 7th Floor, in St. Paul.

**IT IS FURTHER ORDERED** that all dates previously scheduled for submission of documents remain as originally set in this Court's Order dated June 14, 2002.

DATED: July 1, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

JUL 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK