UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Betty and Delmont Alexander,

Plaintiffs,

vs.

Wal-Mart Stores, Inc.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**
Case No. 00-2006 (DDA/SRN)

---

**STIPULATION**

The parties having reached a settlement, hereby stipulate to entry of the order below.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Michael W. Unger
Michael W. Unger (131416)
Attorneys for Plaintiffs
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8953

Dated: 8-6-02

MURNANE, CONLIN, WHITE & BRANDT, P.A.

By ______________________
Thomas A. Gilligan, Jr. (202150)
Attorney for Defendant
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(651) 227-9411

Dated: 8/7/02

875879-1

AUG 14 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based upon the settlement agreement of the parties, this matter is dismissed with prejudice and without costs to either party. The Court shall retain jurisdiction for 30 days to re-open the case in the event of a failure of consideration.

BY THE COURT:

Dated: August 14, 2002

Judge of United States District Court